IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MERCURY LUGGAGE MANUFACTURING COMPANY, *a Florida corporation*,<br>　　　　Plaintiff,<br><br>V.<br><br>DOMAIN PROTECTION, LLC, *a Texas limited liability company*, and DOMAIN PROTECTION, LLC, *a Virginia limited liability company*,<br>　　　　Defendants. | § § § § § § § § § § § § § §　No. 3:19-cv-1939-M-BN |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 12, 2022 [Dkt. No. 158], Defendants' Objections [Dkt. No. 159], and Plaintiff's Response [Dkt. No. 160], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the Motions to Dismiss are **DENIED**.

**SO ORDERED** this 12th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE